IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TROY ICKES, )<br> )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>MEDICAL DEVICE BUSINESS )<br>SERVICES INC., *et al.*, )<br> )<br> )<br>    Defendants. )<br>_____ ) | Civil Action No. 1:23-cv-90 PTG/IDD |

## **ORDER**

This matter is before the Court on the Revised Joint Motion to Amend Scheduling Order ("Motion") [Dkt. No. 48]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED in part and DENIED in part**. The pretrial schedule is modified as follows:

| | |
|---|---|
| Plaintiff's Expert Reports | December 15, 2023 |
| Defendant's Expert Reports | January 15, 2024 |
| Rebuttal Expert Reports | February 5, 2024 |
| Dispositive Motions | March 1, 2024 |
| Pretrial Conference | April 24, 2024 |

ENTERED this 28th day of September 2023.

                                                                                                       /s/
                                                                     Ivan D. Davis
                                                                     United States Magistrate Judge

Alexandria, Virginia