**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **TROY ICKES,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**MEDICAL DEVICE BUSINESS** )<br>**SERVICES INC.,** *et al.***,** )<br>)<br>**Defendants.** ) | **CAUSE NO. 1:23-cv-00090 (PTG/IDD)** |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff Troy Ickes and Defendant Medical Device Business Services, Inc. respectfully notify the Court that they have reached a settlement in principle. The parties expect to finalize the settlement within forty-five (45) days. The time includes meeting or obtaining a release from settlement requirements contained in the former MDL lawsuit, *In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, No. 3:11-MD-0244-K (N.D. Tex.). The parties expect to dismiss the case with prejudice within the aforementioned forty-five (45) days.

April 19, 2024                                                                                      Respectfully submitted,

_____                         /s/ *Terri L. Bruksch*_____
Cameron McBride                                                              Terri L. Bruksch*
Steven M. Oster                                                                   Erin Pauley
OSTER McBRIDE PLLC                                                    BARNES & THORNBURG LLP
1320 19th Street, NW, Suite 601                                        11 South Meridian Street
Washington, DC 20036                                                      Indianapolis, IN 46204
(912) 655-1736 (p)                                                              (317) 231-7246
(202) 747-5862 (f)                                                               Terri.bruksch@btlaw.com
cmcbride@ostermcbride.com                                          Erin.Pauley@btlaw.com
soster@ostermcbride.com

*Attorneys for Plaintiff*                                                        *Attorneys for Defendant*

                                                                                              * *Signed with permission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

By: **_/s/ Steven M. Oster_**
Steven M. Oster